UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:26-CV-00638-GNS

MUKHLISAKHON KASIMOVA PETITIONER

v.

JASON WOOSLEY et al. RESPONDENTS

**ORDER**

This matter is before the Court on the Petitioner's *pro se* Petition for Writ of Habeas Corpus (DN 1). In their response to the Show Cause Order, Respondents did not file a copy of any Form I-286, Notice of Custody Determination, for Petitioner. Because this form is pertinent to the resolution of the pending Petition, **IT IS HEREBY ORDERED** that Respondents shall file any Form I-286 for Petitioner **on or before October 15, 2026**. **If any document needs to be redacted, Respondents shall identify the legal basis or bases for the redaction and also file a motion for leave to seal with a copy of the unredacted document to that motion.**

**Greg N. Stivers, Judge**
**United States District Court**
October 13, 2026

cc: counsel of record
Petitioner, *pro se*