UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION
CIVIL ACTION NO. 4:26-CV-00638-GNS

MUKHLISAKHON KASIMOVA PETITIONER

v.

JASON WOOSLEY et al. RESPONDENTS

**ORDER**

This matter is before the Court on the *pro se* Second Petition for Writ of Habeas Corpus (DN 1) filed by Petitioner Mukhlisakhon Kasimova ("Kasimova"). On September 3, 2026, the Court denied the prior petition filed in *Kasimova* v. Woosley, No. 4:26-CV-530-GNS (W.D. Ky. Sep. 3, 2026).

Respondents agree that Kasimova is being detained pursuant to 8 U.S.C. § 1226(a) and is eligible to seek a custody redetermination hearing. The Second Petition reflects her misunderstanding of the prior ruling and reflects the mistaken belief that this Court previously directed such a hearing. The Second Petition also clearly indicates her desire to have a custody redetermination hearing.

Accordingly, **IT IS HEREBY ORDERED** that Respondents shall provide Petitioner with a constitutionally adequate bond hearing where the government bears the burden of proof by clear and convincing evidence under 8 U.S.C. § 1226(a) by **October 23, 2026**. Respondents shall file a status report with this Court on or before **October 26, 2026**, to certify compliance with this Order. The status report shall include when the bond hearing occurred, if bond was granted or denied, and if denied, the reasons for that denial. Following the report, the Court will address the issues raised in Second Petition.

**Greg N. Stivers, Judge**
**United States District Court**
October 16, 2026

cc: counsel of record
Petitioner, *pro se*